# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronaldo S. Ligons,

v.

Lt.Mark Kroll an
David Crist, et al.,

Case No. Civil 00-818 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Plaintiff's application to proceed without prepayment of fees is denied.

2. Plaintiff's motions for summary judgment and motions for injunctive relief, and motions for waiver of filing fees, are denied.

3. This action is dismissed without prejudice.

DATE: June 28, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

14